# In the United States Court of Federal Claims

Nos. 09-165C, 09-882C
Filed: December 2, 2015

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

|  |  |
|---|---|
| | * |
| | * |
| EXXON MOBIL CORPORATION, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| | * |
| | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

On November 16, 2015, Plaintiff filed a Motion To Lift Stay. The Motion did not advance any reasons that were not already discussed in the October 23, 2015 Oral Argument and the court's November 10, 2015 Memorandum Opinion And Order. Therefore, the Motion To Lift Stay is **denied**.

The court will reconsider lifting the stay, following the entry of final judgment in *Shell Oil Company v. United States*, Case. No. 06-141.

**IT IS SO ORDERED.**

s/ Susan G. Braden
**SUSAN G. BRADEN**
**Judge**